IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| HEATHER ERICA BETZ, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ST. JOSEPH'S/CANDLER HEALTH SYSTEM, INC.,<br><br>Defendant. | Case No. 4:21-cv-00260-WTM-CLR<br><br>CLASS ACTION<br><br><br><br><br>JURY TRIAL DEMANDED |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, on behalf of herself and all others similarly situated, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses this action without prejudice.

Dated: Sept. 17, 2021.

*s/ Constance Cooper*
Constance Cooper
GA Bar No: 469041
1505 Washington Avenue
Savannah, GA 31404

Frank R. Schirripa (*pro hac vice* forthcoming)
Seth M. Pavsner (*pro hac vice* forthcoming)
**HACH ROSE SCHIRRIPA & CHEVERIE LLP**
112 Madison Avenue, 10th Floor
New York, New York 10016

Tel: (212) 213-8311
ccooper@hrsclaw.com
fschirripa@hrsclaw.com
spavsner@hrsclaw.com

*Counsel for Plaintiff*