```
            IN THE UNITED STATES DISTRICT COURT FOR
               THE SOUTHERN DISTRICT OF GEORGIA
                       SAVANNAH DIVISION
```

HEATHER ERICA BETZ, on behalf  )
of herself and all others      )
similarly situated,            )
                               )
    Plaintiff,                 )
                               )
v.                             )    CASE NO. CV421-260
                               )
ST. JOSEPH'S/CANDLER HEALTH    )
SYSTEM, INC.,                  )
                               )
    Defendant.                 )
                               )

## ORDER

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice. (Doc. 5.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" As requested by Plaintiff, this action is **DIMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 24th day of September 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA